**Information to identify the case:**

| Debtor 1 | Jaime Ramirez–Gonzalez | Social Security number or ITIN | xxx–xx–3321 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–16716–VFP | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jaime Ramirez–Gonzalez

7/12/19                                                        **By the court:**    Vincent F. Papalia
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-16716-VFP
Jaime Ramirez-Gonzalez                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 1              Date Rcvd: Jul 12, 2019
                               Form ID: 318               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db          +Jaime Ramirez-Gonzalez,    128 Thompson Avenue,    Apt B,    Dover, NJ 07801-4529
518159690   +Emergency Physician of Saint Clares,    P.O. Box 51028,    Newark, NJ 07101-5128
518159693    Northwest Radiology Assoc,    5 Pine Stree Suite 8,    Rockaway, NJ 07866
518159699   +Wakefield and Associates, Inc.,    P.O. Box 50250,    Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:47     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:43     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Jul 13 2019 03:43:00     Synchrony Bank c/o PRA Receivables Management, LLC,
             PO BOX 41021,    Norfolk, VA 23541-1021
518159686    E-mail/Text: cms-bk@cms-collect.com Jul 13 2019 00:24:16     Capital Management Service, LP,
             698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518159687   +EDI: CAPITALONE.COM Jul 13 2019 03:43:00     Capital One Bank Usa N,    Po Box 30281,
             Salt Lake City, UT 84130-0281
518159688   +EDI: CHASE.COM Jul 13 2019 03:43:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
518159689   +EDI: DISCOVER.COM Jul 13 2019 03:43:00     Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington, DE 19850-5316
518159691   +EDI: AMINFOFP.COM Jul 13 2019 03:43:00     First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
518159692   +EDI: TSYS2.COM Jul 13 2019 03:43:00     Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518159694    E-mail/Text: solorzanon@pims-inc.com Jul 13 2019 00:25:12     Princeton Pathology Services, PA,
             5755 Hoover Blvd,    Tampa, FL 33634-5340
518159695   +EDI: RMSC.COM Jul 13 2019 03:43:00     Syncb/score Rewards,    P.o. Box 965005,
             Orlando, FL 32896-5005
518159696   +EDI: RMSC.COM Jul 13 2019 03:43:00     Syncb/synchrony Home,    C/o Po Box 965036,
             Orlando, FL 32896-0001
518159697    EDI: RMSC.COM Jul 13 2019 03:43:00     Syncb/tjx Cos,    Po Box 965013,    Orlando, FL 32896-5013
518161771   +EDI: RMSC.COM Jul 13 2019 03:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
518159698    EDI: TFSR.COM Jul 13 2019 03:43:00     Toyota Financial Services,    P.O. Box 22202,
             Owings Mills, MD 21117
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
              Leonard S Singer    on behalf of Debtor Jaime  Ramirez-Gonzalez zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5